UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura M. Egerman, Esquire (LE-8250)

Order Filed on December 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**DONALD J. ZOTT, JR.**
**aka Donald Zott**
**aka Donald J. Zott**
**aka Donald Zott, Jr.,**

    **Debtor.**

Case No.:     16-34773-ABA

Chapter:      13

Hearing Date: December 19, 2017

Judge:        Andrew B. Altenburg, Jr.

| Recommended Local Form: | ☑ Followed | ☐ Modified |

### ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: December 20, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page **2**

Debtors:       Donald J Zott, Jr. (aka Donald Zott aka Donald J. Zott aka Donald Zott, Jr.)
Case No.:      16-34773-ABA
Caption of Order:  **Order Vacating Stay**

_____

Upon the motion of Nationstar Mortgage LLC, ("Secured Creditor") under Bankruptcy Code section 362(a) and 11 U.S.C. § 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☒ Real property more fully described as:

**548 Mantua Avenue, Paulsboro, New Jersey 08066.**

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s), Co-Debtor(s), and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

Secured Creditor shall serve this Order on the Debtor(s), Co-Debtor(s), any trustee, and any other party who entered an appearance on the motion.

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                     Case No. 16-34773-ABA
Donald J Zott, Jr.                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin             Page 1 of 1           Date Rcvd: Dec 20, 2017
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
db             +Donald J Zott, Jr.,    548 Mantua Avenue,    Paulsboro, NJ 08066-1177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com
      S. Daniel Hutchison    on behalf of Debtor Donald J Zott, Jr. sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                    TOTAL: 8