UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
ZOTT, DONALD J, JR.

Case No.: 16-34773-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on June 26, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 548 MANTUA AVENUE, PAULSBORO NJ 08066<br>(FMV $118,000.00) |
|---|---|

| Liens on property: | $142,195.00 - NATIONSTAR MTG |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:
Donald J Zott, Jr.
    Debtor

Case No. 16-34773-ABA
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin            Page 1 of 2      Date Rcvd: May 23, 2018
                       Form ID: pdf905        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db             +Donald J Zott, Jr.,    548 Mantua Avenue,    Paulsboro, NJ 08066-1177
aty            +RAS Citron LLC,    130 Clinton Rd #202,    Fairfield, NJ 07004-2927
cr             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,   Roseland, NJ 07068-1640
lm             +Nationstar Mortgage LLC,    Attn: Kawana Buggs VP,    8950 Cypress Water Blvd.,
                 Coppell, TX 75019-4620
516575735      +Borough of Paulsboro,    Attn: Tax Collector,    1211 Delaware Street,
                 Paulsboro, NJ 08066-1200
516758530      +CCAP Auto Lease LTD,    P.O. Box 961278,    Fort Worth, TX 76161-0278
516575736      +Chase Card,   Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516575738      +Chrysler Capital,    Attn: Bankruptcy Department,    PO Box 961278,    Fort Worth, TX 76161-0278
516575737      +Chrysler Capital,    Attn: Bankruptcy Department,    PO Box 961275,    Fort Worth, TX 76161-0275
516575739       Citi Cards / Sears,    PO Box 45129,    Jacksonville, FL 32232-5129
516575740      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516575741      +Citibank / Sears,    Citicorp Credit Services,    Attn: Centralized Bankruptcy,    PO Box 790040,
                 Saint Louis, MO 63179-0040
516575742      +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516575743      +Citibank/Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
516575745      +Comcast,    PO Box 3005,    Southeastern, PA 19398-3005
516575747      +Discover Bank,    Attn: David Nelms CEO,    502 E. Market Street,    Greenwood, DE 19950-9700
516575750       Gloucester County Probation Department,    Child Support Enforcement,    Five Points Plaza,
                 1893 Hurffville road,    Woodbury, NJ 08096
516575751      +Hsbc/hlzbg,    Capital One -- Attention: Bankruptcy,    Po Box 30257,
                 Salt Lake City, UT 84130-0257
516575753       Jennifer M. Zott,    White Swan Trailer Park,    Unit U-2,    West Deptford, NJ 08096
516575752      +Jennifer M. Zott,    46 Trilby Avenue,    Westville Grove, NJ 08093-1650
516575754      +Law Office Of Kelly A. Conroy,    28 Cooper Street,    Woodbury, NJ 08096-4618
516575756       Nationstar Mortgage LLC,    8950 Cypress Waters Blvd.,    Dallas, TX 75063
516575755      +Nationstar Mortgage LLC,    Attn: Bankruptcy Department,    PO Box 619094,
                 Dallas, TX 75261-9094
516575757      +RAS Citron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
516575758      +Santander Bank USA,    PO Box 961275,    Fort Worth, TX 76161-0275
516770466      +TD Bank N.A.,    Michael E Blaine Esq,    30 Montgomery Street Suite 1205,
                 Jersey City NJ 07302-3835
516763838      +TD Bank, N.A.,    PO Box 16029,    Lewiston, ME 04243-9507
516575762       Toyota Motor Credit Corp.,    Toyota Financial Services,    PO Box 8029,    Cedar Rapids, IA 52408
517470058       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516629880      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:08      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516652245       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 24 2018 00:15:53
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516575744      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 24 2018 00:01:47      Comcast,
                 1701 JFK Blvd.,   Philadelphia, PA 19103-2899
516575746       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 24 2018 00:01:47
                 Comcast Cable,    PO Box 3006,    Southeastern, PA 19398-3006
516575748       E-mail/Text: mrdiscen@discover.com May 24 2018 00:00:20      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
516575749      +E-mail/Text: mrdiscen@discover.com May 24 2018 00:00:20      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516696237      +E-mail/Text: bankruptcydpt@mcmcg.com May 24 2018 00:01:07      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
516788551       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 24 2018 00:09:01
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516575759      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 00:08:09      Syncb/whitehall,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
516575760      +E-mail/PDF: gecsedi@recoverycorp.com May 24 2018 00:08:09      Synchrony Bank/Walmart,
                 Po Box 965064,    Orlando, FL 32896-5064
516575761       E-mail/Text: bankruptcy@td.com May 24 2018 00:01:14      TD Bank N.A.,    PO Box 84037,
                 Columbus, GA 31908
516575763      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 00:00:11
                 Verizon,    500 Technololgy Drive, Suite 550,    Weldon Spring, MO 63304-2225
516575764       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 00:00:11
                 Verizon,    PO Box 4846,    Trenton, NJ 08650-4846
                                                                                              TOTAL: 14
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: May 23, 2018
                              Form ID: pdf905          Total Noticed: 44
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Debtor Donald J Zott, Jr. sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;r39026@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```